# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DWAYNE LEWIS,<br><br>　　　　　Petitioner,<br>　　v.<br>W.L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-08073 SJO (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:

　9/12/17

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE